**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WINDHAM and PAULA WINDHAM,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants. | No. 4:14-cv-03849-PJH<br><br>**ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

　　　　**IT IS SO ORDERED**.  All claims against all Defendants are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: September 30, 2014　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*[Seal: IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California]*

1
ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE